IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1598-AP**

**BYRON R. BRONSTEIN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on the Motion for Default Judgment (doc. #12), filed September 9, 2009. The Motion is DENIED as prematurely filed. The time for defendant to answer has not yet passed.

Dated this 9th day of September, 2009.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court