IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1598-AP**

**BYRON R. BRONSTEIN,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

This matter is before the court on Defendant's Motion to Dismiss Plaintiff's Complaint (doc. #16), filed September 21, 2009.  I have reviewed the motion, the supplement, and the responses.  The Motion is **GRANTED**.  Plaintiff has not received a "final decision" of the Commissioner as required to obtain judicial review under section 205(g) of the Social Security Act (the Act), 42 U.S.C. § 405(g).  Additionally, plaintiff has not alleged any basis for the Court to excuse the failure to exhaust his administrative remedies.  Accordingly, the Complaint is **DISMISSED** for lack of subject matter jurisdiction.

Dated:  October 26, 2009

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court